To: The Honorable Justice(s) of the Twelfth Court of Appeals;

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 24 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Re: #12-15-00180-CR

In Re: Donald Adkins

I am comming before you to Inform this Honorable court that I am being admitted to Hospital Galveston on or about the 31st day of August 2015... As, I have priorly Informed this court I have terminal stage 4 cancer and at this stage it is metastasizing.

I have had treatment delayed until the above date of August 31, 2015 to await a response of this Court, I can not file another Emergency Medical Release until the detainers Holder of Pending charges are removed and or disposed of!

Therefore; I asked prior and now again to please provide an answer and grant the Mandamus in question to allow me to obtain the medical Assistance I need and grant me the Rights guaranteed by our Constitutions as I have addressed in my application for a "Writ of Mandamus.

Mailed On this 19th day of August, 2015.

Respectfully;

Donald Adkins

Donald Adkins
1792685 Ramsey #1
1100 FM 655
Rosharon, Tx 77583